# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**STEVEN C. MANNION**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2064
NEWARK, NJ 07101
973-645-3827

March 15, 2016

## LETTER ORDER/OPINION

Re:    D.E. 32, Second Application for Appointment of Pro Bono Counsel

**Shadot v. Greene, et al**
**Civil Action No. 16-cv-1857 (SDW)(SCM)**

Dear Litigants:

This matter comes before the Court upon review of Plaintiff, Hassan Shadot's ("Mr. Shadot") second request for Appointment of *Pro Bono* Counsel.[1]  The Court considered and denied Mr. Shadot's first request for counsel.[2]  His present request seeks counsel to assist with "investigation needs, motion, [and] abandonment imposition."[3]  However, Mr. Shadot's application for *pro bono* counsel does not provide additional information or arguments with respect to the *Tabron* post-threshold factors for the Court to consider.[4]  Therefore, having reviewed and considered his initial request and his second request, Mr. Shadot's second request is **denied** for the same reasons as his first.

**SO ORDERED.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

3/16/2017 10:42:44 AM

---

[1] (ECF Docket Entry No. ("D.E.") 32).

[2] (D.E. 9).

[3] (D.E. 32).

[4] (*See generally,* D.E. 9).

1

c (via ECF):
All Counsel

c (via U.S. Mail R.R.R.):

Hassan A. Shadot
12 Goodwin Avenue
Newark, NJ 07112