**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HASSAN A. SHADOT, | Civil Action No.16-cv-01857-SDW-SCM |
| Plaintiff, | |
| v. | **ORDER** |
| CHARLES GREENE, et al., | |
| Defendants. | May 17, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on May 1, 2017, by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Plaintiff Hassan A. Shadot's Complaint, (Dkt. No. 1), be dismissed without prejudice for failure to comply with this Court's orders. (Dkt. No. 36.) No objection to the R&R has been filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion, (Dkt. No. 36), is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc: Steven C. Mannion, U.S.M.J.
Parties