NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHADOT, | No. 16-1857 (SDW)(SCM) |
| Plaintiff, | |
| v. | **ORDER** |
| GREENE, *et al.*, | |
| Defendants. | February 7, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on January 19, 2018 by Magistrate Judge Steve C. Mannion ("Judge Mannion"), recommending that Plaintiff's motion to reopen the case (ECF No. 39) be denied without prejudice.[1] Plaintiff filed an objection to the R&R on February 2, 2018. (ECF No. 43.)

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (ECF. No. 41) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:   Parties
    Magistrate Judge Mannion

---

[1] Because this case is closed, Judge Mannion construed Defendants Greene and Ortiz's Motion to Dismiss (ECF No. 40) as their opposition to Plaintiff's motion.